IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 5:14cr72-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARIA ABERNATHY, et al )<br>)<br>In re: Petition in Forfeiture, Doc. 272 )<br>)<br>Defendant. | **ORDER GRANTING MOTION TO<br>CONDUCT DISCOVERY** |

Upon the Consent Motion to Conduct Discovery (Doc. 279) by the United States and Petitioners Francisco Herrera Medina and Leticia Sanchez Guillen, by counsel, and for the reasons set forth in the Motion, it is hereby ORDERED that the parties are authorized to conduct discovery as set forth in Fed. R. Crim. P. 32.2(c)(1)(B) for a period of ninety days after entry of this Order to dispose of property subject to forfeiture, and that such discovery may include depositions, interrogatories, requests for production of documents, and subpoenas.

**SO ORDERED**.

Signed: May 20, 2016

David S. Cayer
United States Magistrate Judge